```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:10CR158
                               )
          v.                   )
                               )
CEDRIC HARRIS,                 )            ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to seal (Filing No. 561). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to seal is granted. The motion referred to shall be filed under seal pending further order of the Court.

DATED this 26th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court